IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS ALAN POWELL,

        Plaintiff,

   v.

GUY HALL,

        Defendant.

Civil No. 07-1386-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on June 22, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Petitioner has filed timely objections. I have, therefore,

1 - ORDER

given the file of this case a *de novo* review.

    I find no error. Accordingly, I ADOPT the Findings and Recommendation #34 of Magistrate Judge Stewart. Respondent's Amended Petition for Writ of Habeas Corpus (#30) is DENIED.

    IT IS SO ORDERED.

    DATED this  13  day of July, 2009.

                                   /s/  Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge